IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMEY LASHON PATTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-05-819-M |
| ) | |
| JOHN WHETSEL, ) | |
| Sheriff, Oklahoma County, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 14, 2005, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for writ of habeas corpus be summarily dismissed without prejudice. The parties were advised of their right to object to the Report and Recommendation by October 4, 2005. On September 21, 2005, Petitioner filed his objection, and on October 3, 2005, Petitioner filed an addendum to his objection.

Having carefully reviewed this matter *de novo*, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 14, 2005, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 27th day of January, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE